# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO: 8:16-cr-312-CEH-MAP

ISEAL DIXON

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing (Doc.126), entered by the United States Magistrate Judge on June 11, 2021, **a Final Revocation Hearing was previously scheduled for July 2, 2021 at 11:30 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 29th day of June 2021.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services